UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:14-CR-79-7F

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | |
| V. | : | O R D E R |
| | : | |
| JONATHAN HALL FRIZZELLE | : | |

Upon motion of the United States of America, by and through the United States Attorney for the Eastern District of North Carolina, it is hereby ORDERED that all court records pertaining to JONATHAN HALL FRIZZELLE be changed to reflect the proper identification of the defendant as JONATHAN PAUL FRIZZELLE.

This the __26__ day of __January__, 2015.

_____
JAMES C. FOX
SENIOR, UNITED STATES DISTRICT JUDGE