IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:14-CR-79-F-7

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | **(SEALED)** |
| JONATHAN FRIZZELLE | ) | |

This matter is before the court on the defendant's motion to seal [DE-319]. For good cause shown, the motion is ALLOWED. The Clerk of Court is DIRECTED to file and to maintain under seal the document [DE-318].

SO ORDERED.

This, the 27 day of July, 2015.

_____
JAMES C. FOX
Senior United States District Judge