IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:14-CR-00079-F-7

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| JONATHAN PAUL FRIZZELLE | ) | |
| | ) | |

This matter is before the court on Defendant Jonathan Paul Frizzelle's request for a copy of his Presentence Report (hereafter "PSR") [DE-354]. Defendant is advised that, for security reasons, inmates do not maintain a copy of their Presentence Reports. Defendant can get access to his Presentence Report from his Bureau of Prisons case manager.

For the foregoing reasons, Defendant's request for a copy of his PSR is DENIED.

SO ORDERED.

This, the 22 day of September, 2015.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge